UST-32, 3-99

Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MENDOZA, DOLORES | ) | Case No. 08-09872-TUC JMM |
| MENDOZA, NADINE | ) | |
| Debtor(s) | ) | **APPLICATION FOR PAYMENT** |
| | ) | **OF UNCLAIMED FUNDS TO** |
| | ) | **U.S. BANKRUPTCY COURT** |
| | ) | |

Beth Lang, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 103 | 10/29/09 | PRA Receivables Management as agent of Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk VA 23541 | $2,440.46 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $2,440.46 to the Clerk of the Court to be deposited in the Registry thereof.

February 17, 2010  /s/ Beth Lang
Date  Beth Lang, Trustee